**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | | |
|---|---|---|---|---|
| In Re: | **CALVIN BARNETT** | : | Case No. 14-53544 | |
| | | : | | |
| | | : | Chapter 13 | |
| | | : | | |
| | Debtor. | : | Judge C. Kathryn Preston | |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

Now comes Debtor CALVIN BARNETT by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

CALVIN BARNETT
2222 Genessee Ave
Columbus, Ohio 43211

Respectfully submitted,

Dated: 19 January 2015

/s/ *Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446