# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | **CALVIN BARNETT,** | : | Case No. 14-53544 |
| | | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Judge C. Kathryn Preston |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

    Now comes Debtor CALVIN BARNETT by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

CALVIN BARNETT<br>
3633 Medina Avenue<br>
Columbus, Ohio 43224

    Respectfully submitted,

Dated: 08 April 2015

/s/ *Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:    614.444.5290
Fax:    614.444.4446
markalbertherder@yahoo.com