# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | **CALVIN BARNETT,** | : | Case No. 14-53544 |
| | | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Judge C. Kathryn Preston |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Now comes Debtor CALVIN BARNETT by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

CALVIN BARNETT
1001 East 22nd Avenue
Columbus, Ohio 43211

Respectfully submitted,

Dated: 23 March 2016

*/s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com